**88-84.** Caley v. Canton. *Stark County,* No. CA-7262. On motion for judgment

without oral argument. Motion denied. Cause to be set for oral argument.

Holmes and Wright, JJ., dissent.